# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MITCHELL TUCKER,

    Plaintiff,

v.                                 CASE NO. 4:14cv466-RH/CAS

JAMES COKER and
KIMBERLY CLARK,

    Defendants.

_____/

## ORDER OF DISMISSAL

This prisoner civil-rights case is before the court on the magistrate judge's report and recommendation, ECF No. 67. No objections have been filed.

As noted in the report and recommendation, the defendant James Coker moved to dismiss the amended complaint for failure to state a claim on which relief can be granted—that is, to dismiss on the merits. The defendant Kimberly Clark moved to dismiss the amended complaint for failure to exhaust administrative remedies as required by the Prison Litigation Reform Act.

The report and recommendation concludes that Ms. Clark's motion should be granted and that the amended complaint should be dismissed for failure to exhaust—not only as against Ms. Clark but also as against Mr. Coker.  Failure to exhaust is an affirmative defense that may be waived.  Mr. Coker has not *waived* the exhaustion defense by moving to dismiss for failure to state a claim.  But when the report and recommendation was issued, Mr. Coker also had not *asserted* the exhaustion defense.  The order of January 25, 2016, ECF No. 71, gave Mr. Coker an opportunity to assert or waive the defense.  And the order gave the plaintiff an opportunity to respond further.

Mr. Coker filed a notice explicitly asserting the exhaustion defense.  ECF No. 72.  The plaintiff did not respond, and the deadline for doing so has passed.  Upon consideration,

IT IS ORDERED:

1.  The report and recommendation is ACCEPTED and adopted as the court's further opinion.

2.  Ms. Clark's motion to dismiss for failure to exhaust administrative remedies, ECF No. 49, as adopted by Mr. Coker, ECF No. 72, is GRANTED.

3.  Mr. Coker's motion to dismiss for failure to state a claim on which relief can be granted, ECF No. 48, is DENIED AS MOOT.

4.  The clerk must enter judgment stating, "The complaint is dismissed for failure to exhaust administrative remedies."

5.  The clerk must close the file.

SO ORDERED on March 6, 2016.

s/Robert L. Hinkle<br>United States District Judge